UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 21-CR-002

FRANK DIMATTEO,

        Defendant.

---

## ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT

---

Based on the United States' motion to dismiss property from the Second Bill of Particulars filed on May 3, 2021, which added property to the forfeiture notice of the Indictment in this matter, THE COURT HEREBY GRANTS the motion and orders that the approximately $9,336.00 in United States currency seized from Frank DiMatteo on or about December 2, 2020, be, and hereby is, DISMISSED without prejudice from the Second Bill of Particulars, which added property to the forfeiture notice of the Indictment.

Dated at Green Bay, Wisconsin, this 8th day of June, 2022.

                                              s/ William C. Griesbach
                                              WILLIAM C. GRIESBACH
                                              United States District Judge